# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

IN RE:

Kevin Scott Johnson

Case No.: 15-20280
Chapter: 13
Hearing Date: 8/28/15

Debtor(s) | Judge Donald R. Cassling (Kane)

## NOTICE OF MOTION

TO:   Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
Kevin Scott Johnson, Debtor(s), 2811 Henley Lane, Naperville, IL 60540
Charles L. Magerski, Attorney for Debtor(s), 900 Jorie Boulevard, Suite 150, Oak Brook, IL 60523 by electronic notice through ECF

PLEASE TAKE NOTICE that on the 8/28/15, at 9:30AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Donald R. Cassling, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Kane County Courthouse 100 S. Third Street, Geneva, Illinois, room 240, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on August 12, 2015 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on August 12, 2015.

/s/ Peter C. Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-17820)**

NOTE: This law firm is a debt collector.

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on August 12, 2015 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on August 12, 2015.

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF

Kevin Scott Johnson, Debtor(s), 2811 Henley Lane, Naperville, IL 60540

Charles L. Magerski, Attorney for Debtor(s), 900 Jorie Boulevard, Suite 150, Oak Brook, IL 60523 by electronic notice through ECF

                                                                   /s/ Peter C. Bastianen
                                                                      Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-17820)**

NOTE: This law firm is a debt collector.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

IN RE:

Kevin Scott Johnson

Case No.: 15-20280
Chapter: 13
Hearing Date: 8/28/15

Debtor(s)

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** WELLS FARGO BANK, N.A., (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 2312 Emerald Lane, Yorkville, IL 60560;

3. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 6/10/15;

4. Movant is entitled to relief from the automatic stay under 11 U.S.C. Section 362(d) for the following reason(s):

   a. According to the chapter 13 plan, the aforementioned property known as 2312 Emerald Lane, Yorkville, IL 60560 is to be surrendered;
   b. As of 06/10/2015, the Debtor(s) is/are past due for the 5/1/14, and all

      amounts coming due since that date. Any payments received after this date may not be reflected in this default;

c.    As of 6/10/2015, the total pre-petition default through and including 6/1/15, is $29,846.64. Any payments received after this date may not be reflected in this default.

5.    This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

6.    That in the event the stay is modified, Movant requests this Court find that Rule 3002.1 is not applicable with respect to Movant as the loan secured by the property described herein will not be paid pursuant to 11 U.S.C. 1322(b)(5);

7.    Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly endorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust;

**WHEREFORE,** WELLS FARGO BANK, N.A. prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant and for such other and further relief as this Court may deem just and proper.

Dated this August 12, 2015.

                Respectfully Submitted,

                Codilis & Associates, P.C.

                By: /s/ Peter C. Bastianen

                Berton J. Maley ARDC#6209399
                Rachael A. Stokas ARDC#6276349
                Gloria C. Tsotsos ARDC#6274279
                Jose G. Moreno ARDC#6229900
                Peter C. Bastianen ARDC#6244346
                Joel P. Fonferko ARDC#6276490
                **Codilis & Associates, P.C.**
                15W030 North Frontage Road, Suite 100

Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-17820)**

NOTE: This law firm is a debt collector.